UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

|  |  |  |
|---|---|---|
| GREGORIO TREVINO, JR., et al.<br>*Plaintiffs*, | ) ) ) ) ) | |
| v. | ) ) | Civil Case No. 15-CV-435 |
| HIDALGO COUNTY, TEXAS, et al.,<br>*Defendants*. | ) ) ) ) | |

# [PROPOSED] AMENDMENTS TO JOINT PRE-TRIAL ORDER

In accordance with the Court's oral request in the status conference held on May 3, 2019, the Plaintiffs (J.C. Cardenas, Rene Martinez Herrera, and Santiago Zavala) and Defendants (Hidalgo County, A.C. Cuellar, Raul Lozano, Oscar Gonzalez, David Rodriguez, and Esteban Mata) hereby amend the following portions of the Joint Pretrial Order and submit same for approval by the Court:

### 7. CONTESTED ISSUES OF FACT

a) Whether or not Plaintiffs Cardenas and Martinez suffered any adverse employment actions. *See, e.g.*, *Order Granting in Part and Denying in Part Defendant David Rodriguez's Motion for Summary Judgment* (Doc. No. 64) at 16 (finding genuine dispute of fact as to whether non-terminated Plaintiffs suffered actionable demotion or adverse employment action).

b) Whether or not Plaintiffs suffered any adverse employment actions as a result of the exercise of their First Amended rights. *See Bosque v. Starr County, Tex.*, 630 Fed. App'x 300, 306 (5th Cir. 2015) (not designated for publication) (discussing causation as a fact issue for the jury).

c) Whether or not Plaintiffs Cardenas and Martinez suffered any compensable damages.

d) Whether or not Plaintiff Zavala's termination was justified due to his inability to perform his job duties. *See, e.g.*, *Order Granting in Part and Denying in Part Defendant David Rodriguez's Motion for Summary Judgment* (Doc. No. 64) at 29 (finding genuine dispute of fact as to causation regarding Zavala's claims).

**9.     CONTESTED PROPOSITIONS OF LAW**

A) The issues the parties had previously listed as contested propositions of law were agreed by the parties to actually be contested factual issues, and have been moved to that section, above.

_____
**UNITED STATES DISTRICT COURT**

Respectfully submitted,

_____
Jerad Wayne Najvar
*Attorney in Charge for Plaintiff*
Texas Bar No. 24068079
So. Dist. No. 1155651
281.404.4696 phone
jerad@najvarlaw.com

*Of counsel:*
NAJVAR LAW FIRM, PLLC
2180 North Loop West, Ste. 255
Houston, TX 77018
281.404.4696 phone
281.582.4138 fax


*/s/  Rex N. Leach*
Rex N. Leach
Texas State Bar No. 12086300
Federal I. D. No. 8244
P. O. Drawer 3725 (78502)
818 West Pecan Boulevard
McAllen, Texas 78501
(956) 682-5501
(956) 686-6109 – Facsimile
*Attorney in Charge for Defendant*

**OF COUNSEL:**
ATLAS, HALL & RODRIGUEZ, LLC
P. O. Drawer 3725 (78502)
818 West Pecan Boulevard
McAllen, Texas 78501
(956) 682-5501
(956) 686-6109 – Facsimile
*Attorneys for Defendants*

## Certificate of Service

The undersigned counsel hereby certifies that on June 14, 2019, the foregoing document, and any accompanying exhibits and proposed order, was served on the Defendants in this matter by means of the court's CM/ECF system.

Mr. Rex Leach
Atlas, Hall & Rodriguez, LLP
818 W. Pecan Blvd.
McAllen, TX 78591
*Counsels for Defendants*

                                                                                  /s/ Jerad Najvar

                                                                                   Jerad Najvar