UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| GREGORIO TREVINO, JR., et al.<br>*Plaintiffs*,<br><br>v.<br><br>HIDALGO COUNTY, TEXAS, et al.,<br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)   Civil Case No. 15-CV-435<br>)<br>)<br>)<br>)<br>) |

## **Plaintiffs' Exhibit List**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiffs file this list of trial exhibits in accordance with the pre-trial requirements of this Court.

Plaintiffs may offer the following items as exhibits at trial. Such materials may be enhanced through blow-ups or otherwise. Plaintiffs reserve the right to amend and/or supplement this exhibit list. Plaintiffs also reserve the right to use Defendants' exhibits to the extent such exhibits are relevant and/or admissible.

1

Joint PTO Exhibit A

## Plaintiffs' Trial Exhibits

| No. | Description | Bates No. | Admitted | Excluded |
|---|---|---|---|---|
| 1 | Plaintiff J.C. Cardenas - personnel file excerpts | Hidalgo 1-184 | | |
| 2 | Plaintiff J.C. Cardenas - medical record excerpts | | | |
| 3 | Photograph of Jesse Montalvo with Cuellar cap and Cuellar sticker on vehicle | Cardenas dep. exh. | | |
| 4 | Plaintiff Rene Martinez Herrera – personnel file excerpts | Hidalgo 3024-60 | | |
| 5 | Plaintiff Santiago Zavala – personnel file excerpts | Hidalgo 548-722 | | |
| 6 | Plaintiff Santiago Zavala – medical record excerpts | xx | | |
| 7 | Plaintiff Santiago Zavala – Texas Workforce Com'n record excerpts | Hidalgo 2381-2451 | | |
| 8 | Plaintiff Santiago Zavala – notes regarding events at Precinct One | Trevino 322-330 | | |
| 9 | Plaintiff Santiago Zavala – documents regarding damages | Trevino 351-406 | | |
| 10 | Plaintiff George Enriquez – personnel file excerpts | Hidalgo 185-319 | | |
| 11 | Plaintiff Pedro Garcia, Jr. – personnel file excerpts | Hidalgo 2452-2539 | | |
| 12 | Plaintiff Pedro Garcia, Jr. – Civil Service Com'n excerpts | Hidalgo 1602-1935 | | |
| 13 | Plaintiff Pedro Garcia, Jr. – grievance file excerpts | | | |
| 14 | Plaintiff Gregorio Trevino, Jr. – personnel file excerpts | Hidalgo | | |
| 15 | Photographs: campaign slates and candidates; campaign scenes; Quintanilla sign distribution contact list; plants at Monte Alto Veterans' Park; Palomin truck with sign; Trevino's trailers with signs; | G. Trevino dep. exhibits | | |

| 16 | Hidalgo County Defendants' job descriptions | Hidalgo 1342-1357 | | |
| --- | --- | --- | --- | --- |
| 17 | Hidalgo County budgets – all precincts, 2012-2015 | Hidalgo 1358-1373 | | |
| 18 | Hidalgo County Personnel Policy Manual | [no Bates] | | |
| 19 | Blue Book Civil Service Rules | [no Bates] | | |
| 20 | Civil Service Commission Rules Chapter III (amended 4/17/2008) | [no Bates] | | |
| 21 | Brown Book, revised Chapter 6 (9/29/2009) | [no Bates] | | |
| 22 | *Salas v. County of Hidalgo*: Cardenas' First Amended Complaint (3/9/2011) | Trevino 95-102 | | |
| 23 | Hidalgo County salary schedule | Hidalgo 1334-1341 | | |
| 24 | Hidalgo County list of terminated employees | Hidalgo 2577 | | |
| 25 | Leonel Oliveira – personnel file excerpts | Hidalgo 2579-2652 | | |
| 26 | Hidalgo County – TCDRS Retirement Summary Sheet | [no Bates] | | |
| 27 | Texas Sec'y of State, web pages reflecting 2013 and 2014 election dates | [no Bates] | | |

In addition, Plaintiffs reserve the right to offer, use or refer to any exhibits, including business records, medical records, and billing records produced, identified, filed or offered by any other party. Plaintiffs further reserve the right to offer, use or refer to any documents, records, deposition transcripts or other items for the purpose of impeachment or rebuttal. Plaintiffs hereby tender the above for review and inspection at the offices of Najvar Law Firm PLLC at any mutually convenient time.

Respectfully submitted,

_____/s/ Jerad Najvar_____
Jerad Wayne Najvar
Federal I.D. No. ___
Texas Bar No. 24068079
2180 North Loop W., Suite 255
Houston, TX 77018
281.404.4696 phone
281.582.4138 fax
jerad@najvarlaw.com
*Attorney in Charge for Plaintiff*

*Of counsel:*
NAJVAR LAW FIRM, PLLC
Austin M.B. Whatley
Texas Bar No. 24104681
austin@najvarlaw.com
2180 North Loop West, Ste. 255
Houston, TX 77018

### Certificate of Service

The undersigned counsel hereby certifies that on April 30, 2019, the foregoing document, and any accompanying exhibits and proposed order, was served on the Defendants in this matter by means of the court's CM/ECF system.

Mr. Rex Leach
Atlas, Hall & Rodriguez, LLP
818 W. Pecan Blvd.
McAllen, TX 78591
*Counsels for Defendants*

_____/s/ Jerad Najvar_____
Jerad Najvar