IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GREGORIO TREVIÑO, JR., et al | § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Case No. 7:15-cv-435 |
| HIDALGO COUNTY, TEXAS, et al | § § | |
| *Defendants* | § § | |

## DEFENDANTS' TRIAL EXHIBIT LIST

Defendants, **HIDALGO COUNTY, TEXAS, A.C. CUELLAR, in his official capacity as Commissioner of Precinct One, Hidalgo County, Texas, and in his personal capacity, RAUL LOZANO, DAVID RODRIGUEZ, OSCAR GONZALEZ and ESTEBAN MATA, in their official and personal capacities**, may offer the following items as exhibits at trial. Such materials may be enhanced through blow-ups or otherwise. Defendants reserve the right to amend and/or supplement this exhibit list. Defendants also reserve the right to use Plaintiffs' exhibits to the extent such exhibits are relevant and/or admissible.

| No. | Description | Offered | Admitted | Excluded |
|---|---|---|---|---|
| | | | | |
| 1. | Portions of Rene Martinez's employment file previously produced as Exhibit C of Defendant A. C. Cuellar's Motion for Summary Judgment | | | |
| | | | | |

*Defendants' Trial Exhibit List*                                                                 Page **1** of **3**

Joint PTO Exhibit B

| 2. | Portions of Santiago Zavala's employment file previously produced as Exhibit F of Defendant A.C. Cuellar's Motion for Summary Judgment | | | |
|---|---|---|---|---|
| | | | | |
| 3. | Employment file of J. C. Cardenas | | | |

In addition, Defendants reserve the right to offer, use or refer to any exhibits, including business records, medical records, and billing records produced, identified, filed or offered by any other party.  Defendants further reserve the right to offer, use or refer to any documents, records, deposition transcripts or other items for the purpose of rebuttal.  Defendants hereby tender the above for review and inspection at the offices of Atlas, Hall & Rodriguez, LLP at any mutually convenient time.

Respectfully submitted,

ATLAS, HALL & RODRIGUEZ, LLP
P. O. Drawer 3725 (78502)
818 West Pecan Boulevard
McAllen, Texas 78501
(956) 682-5501
(956) 686-6109 – Facsimile

By:    */s/  Rex N. Leach*
Rex N. Leach
Texas State Bar No. 12086300
Federal I. D. No. 8244
ATLAS, HALL & RODRIGUEZ, LLC
P. O. Drawer 3725 (78502)
818 West Pecan Boulevard
McAllen, Texas 78501
(956) 682-5501
(956) 686-6109 – Facsimile
E-Mail: rleach@atlashall.com
*Attorney in Charge for Defendants*

**OF COUNSEL:**
ATLAS, HALL & RODRIGUEZ, LLC
P. O. Drawer 3725 (78502)
818 West Pecan Boulevard
McAllen, Texas 78501
(956) 682-5501
(956) 686-6109 – Facsimile

*Defendants' Trial Exhibit List*

Joint PTO Exhibit B

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record in this cause pursuant to the Federal Rules of Civil Procedure on this, the 30th day of April, 2019, to-wit:

Mr. Jerad Wayne Najvar
NAJVAR LAW FIRM
2180 North Loop West, Suite 255
Houston, Texas 77018
(281) 404-4696 – Office
(281) 684-1227 – Cell
E-Mail: jerad@najvarlaw.com
*Attorney in Charge for Plaintiffs*

/s/  Rex N. Leach
Rex N. Leach

Joint PTO Exhibit B