UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GREGORIO TREVINO, JR., et al.<br>*Plaintiffs*,<br><br>v.<br><br>HIDALGO COUNTY, TEXAS, et al.,<br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 15-CV-435 |

## Plaintiff's Witness List

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiffs file this list of trial witnesses in accordance with the pre-trial requirements of this Court. If other witnesses to be called at the trial become known, their names, addresses, and subject of their testimony will be reported to opposing counsel in writing as soon as they are known; this does not apply to rebuttal or impeachment witnesses.

Joint PTO Exhibit C

## Plaintiffs' Trial Witnesses

| Witness | Description |
|---|---|
| **J.C. Cardenas**<br>*Plaintiff*, c/o<br>Jerad Najvar<br>Najvar Law Firm PLLC<br>2180 North Loop West, Ste. 255<br>Houston, TX 77018<br>Office: (281) 404-4696<br>Cell: (281) 684-1227<br>jerad@najvarlaw.com<br>*Attorney in Charge for Plaintiffs* | Facts and circumstances regarding his claims in this case, and knowledge relevant to the claims of other Plaintiffs' claims. |
| **Rene Martinez Herrera**<br>*Plaintiff*<br>c/o Jerad Najvar (contact above) | Facts and circumstances regarding his claims in this case, and knowledge relevant to other Plaintiffs' claims. |
| **Santiago Zavala**<br>*Plaintiff*<br>c/o Jerad Najvar (contact above) | Facts and circumstances regarding his claims in this case, and knowledge relevant to other Plaintiffs' claims. |
| **Gregorio Trevino, Jr.**<br>*Plaintiff*<br>c/o Jerad Najvar (contact above) | Facts and circumstances regarding politics in Hidalgo County generally; candidates and slates preferred by Defendants; retaliation against Plaintiffs and preferences for employees following Cuellar's political preferences |
| **Jose Guadalupe Garcia**<br>*Plaintiff*<br>c/o Jerad Najvar (contact above) | Facts and circumstances regarding his claims in this case, retaliation at Precinct One, and knowledge relevant to other Plaintiffs' claims. |
| **Pedro Garcia, Jr.**<br>*Plaintiff*<br>c/o Jerad Najvar (contact above) | Facts and circumstances regarding his claims in this case, and knowledge relevant to other Plaintiffs' claims. |
| **George "Doc" Enriquez**<br>*Plaintiff*<br>c/o Jerad Najvar (contact above) | Facts and circumstances regarding his claims in this case, and knowledge relevant to other Plaintiffs' claims. |
| **Lucas O'Brien Ruiz**<br>*Plaintiff*<br>c/o Jerad Najvar (contact above) | Facts and circumstances regarding his claims in this case, and knowledge relevant to other Plaintiffs' claims. |
| **A.C. Cuellar**<br>*Defendant*<br>Rex N. Leach | Facts and circumstances regarding his actions and actions of other Defendants as relevant to |

| | |
|---|---|
| Atlas, Hall & Rodriguez, LLP<br>P.O. Drawer 3725 (78502)<br>818 West Pecan Blvd.<br>McAllen, TX 78501<br>(956) 682-5501<br>(956) 686-6109 – Facsimile<br>rleach@atlashall.com<br>*Attorney in Charge for Defendants* | Plaintiffs' claims; policies and practices in Hidalgo County and Precinct One. |
| **Raul Lozano**<br>*Defendant*<br>c/o Rex Leach (contact above) | Facts and circumstances regarding his actions and actions of other Defendants as relevant to Plaintiffs' claims; policies and practices in Hidalgo County and Precinct One. |
| **David Rodriguez**<br>*Defendant*<br>c/o Rex Leach (contact above) | Facts and circumstances regarding his actions and actions of other Defendants as relevant to Plaintiffs' claims; policies and practices in Hidalgo County and Precinct One. |
| **Oscar Gonzalez**<br>*Defendant*<br>c/o Rex Leach (contact above) | Facts and circumstances regarding his actions and actions of other Defendants as relevant to Plaintiffs' claims; policies and practices in Hidalgo County and Precinct One. |
| **Esteban Mata**<br>*Defendant*<br>c/o Rex Leach (contact above) | Facts and circumstances regarding his actions and actions of other Defendants as relevant to Plaintiffs' claims; policies and practices in Hidalgo County and Precinct One. |
| **Ofelia Rodriguez**<br>c/o Rex Leach (contact above) | Hidalgo County H.R. Director. Knowledge regarding employment and personnel files of Plaintiffs and other employees; policies and practices of Cuellar and Precinct One |
| **Father Francisco Solis**<br>St. Joan of Arc Catholic Church<br>109 S. Illinois Ave.<br>Weslaco, TX 78596 | Knowledge regarding effect of retaliation on J.C. Cardenas. |
| **Paul Cazares** | Precinct One employee. Knowledge regarding circumstances of retaliation against J.C. Cardenas and retaliation more generally |

3

Joint PTO Exhibit C

Plaintiffs also reserve the right to cross-examine all witnesses called by any parties hereto.

Respectfully submitted,

____/s/ Jerad Najvar_____
Jerad Wayne Najvar
Federal I.D. No. ___
Texas Bar No. 24068079
2180 North Loop W., Suite 255
Houston, TX 77018
281.404.4696 phone
281.582.4138 fax
jerad@najvarlaw.com
*Attorney in Charge for Plaintiff*

*Of counsel:*
NAJVAR LAW FIRM, PLLC
Austin M.B. Whatley
Texas Bar No. 24104681
austin@najvarlaw.com
2180 North Loop West, Ste. 255
Houston, TX 77018

### Certificate of Service

The undersigned counsel hereby certifies that on April 30, 2019, the foregoing document, and any accompanying exhibits and proposed order, was served on the Defendants in this matter by means of the court's CM/ECF system.

Mr. Rex Leach
Atlas, Hall & Rodriguez, LLP
818 W. Pecan Blvd.
McAllen, TX 78591
*Counsels for Defendants*

_____/s/ Jerad Najvar_____
Jerad Najvar

Joint PTO Exhibit C