IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GREGORIO TREVIÑO, JR., et al § § *Plaintiffs*, § v. § HIDALGO COUNTY, TEXAS, et al § § *Defendants* § | § § § § § | Civil Case No. 7:15-cv-435 |

### DEFENDANTS' WITNESS LIST

| 1. | A. C. Cuellar | c/o Rex N. Leach<br>Atlas, Hall & Rodriguez, LLP<br>P. O. Drawer 3725 (78502)<br>818 West Pecan Boulevard<br>McAllen, Texas 78501<br>(956) 682-5501<br>(956) 686-6109 – Facsimile<br>Texas State Bar No. 12086300<br>E-Mail: rleach@atlashall.com<br>*Attorney Defendants* | Defendant will testify as to his actions in regard to Plaintiffs. |
|---|---|---|---|
| 2. | Raul Lozano | c/o Rex N. Leach<br>Atlas, Hall & Rodriguez, LLP<br>P. O. Drawer 3725 (78502)<br>818 West Pecan Boulevard<br>McAllen, Texas 78501<br>(956) 682-5501<br>(956) 686-6109 – Facsimile<br>Texas State Bar No. 12086300<br>E-Mail: rleach@atlashall.com<br>*Attorney for Defendants* | Defendant will testify as to his actions in regard to Plaintiffs. |
| 3. | David Rodriguez | c/o Rex N. Leach<br>Atlas, Hall & Rodriguez, LLP<br>P. O. Drawer 3725 (78502)<br>818 West Pecan Boulevard<br>McAllen, Texas 78501<br>(956) 682-5501<br>(956) 686-6109 – Facsimile<br>Texas State Bar No. 12086300<br>E-Mail: rleach@atlashall.com<br>*Attorney for Defendants* | Defendant will testify as to his actions in regard to Plaintiffs. |

| | | | |
|---|---|---|---|
| 4. | Oscar Gonzalez | c/o Rex N. Leach<br>Atlas, Hall & Rodriguez, LLP<br>P. O. Drawer 3725 (78502)<br>818 West Pecan Boulevard<br>McAllen, Texas 78501<br>(956) 682-5501<br>(956) 686-6109 – Facsimile<br>Texas State Bar No. 12086300<br>E-Mail: rleach@atlashall.com<br>*Attorney for Defendants* | Defendant will testify as to his actions in regard to Plaintiffs. |
| 5. | Esteban Mata | c/o Rex N. Leach<br>Atlas, Hall & Rodriguez, LLP<br>P. O. Drawer 3725 (78502)<br>818 West Pecan Boulevard<br>McAllen, Texas 78501<br>(956) 682-5501<br>(956) 686-6109 – Facsimile<br>Texas State Bar No. 12086300<br>E-Mail: rleach@atlashall.com<br>*Attorney for Defendants* | Defendant will testify as to his actions in regard to Plaintiffs. |
| 6. | Ofelia Rodriguez | c/o Rex N. Leach<br>Atlas, Hall & Rodriguez, LLP<br>P. O. Drawer 3725 (78502)<br>818 West Pecan Boulevard<br>McAllen, Texas 78501<br>(956) 682-5501<br>(956) 686-6109 – Facsimile<br>Texas State Bar No. 12086300<br>E-Mail: rleach@atlashall.com<br>*Attorney for Defendants* | Human Resources Precinct 1, Hidalgo County. Will testify as to her knowledge regarding Plaintiffs' employment. |
| 7. | J.C. Cardenas | c/o Mr. Jerad Wayne Najvar<br>NAJVAR LAW FIRM<br>2180 North Loop West, Ste. 255<br>Houston, Texas 77018<br>(281) 404-4696 – Office<br>(281) 684-1227 – Cell<br>E-Mail: jerad@najvarlaw.com<br>*Attorney for Plaintiffs* | Plaintiff |
| 8. | Rene Martinez | c/o Mr. Jerad Wayne Najvar<br>NAJVAR LAW FIRM<br>2180 North Loop West, Ste. 255<br>Houston, Texas 77018<br>(281) 404-4696 – Office<br>(281) 684-1227 – Cell<br>E-Mail: jerad@najvarlaw.com<br>*Attorney for Plaintiffs* | Plaintiff |

| | | |
|---|---|---|
| 9. Santiago Zavala | c/o Mr. Jerad Wayne Najvar<br>NAJVAR LAW FIRM<br>2180 North Loop West, Ste. 255<br>Houston, Texas 77018<br>(281) 404-4696 – Office<br>(281) 684-1227 – Cell<br>E-Mail: jerad@najvarlaw.com<br>*Attorney for Plaintiffs* | Plaintiff |

Defendants also reserve the right to cross-examine all witnesses called by any parties hereto.

Respectfully submitted,

ATLAS, HALL & RODRIGUEZ, LLP
P. O. Drawer 3725 (78502)
818 West Pecan Boulevard
McAllen, Texas 78501
(956) 682-5501
(956) 686-6109 – Facsimile


By:   */s/ Rex N. Leach*
Rex N. Leach
Federal I.D. No. 8244
Texas State Bar No. 12086300
ATLAS, HALL & RODRIGUEZ, LLC
P. O. Drawer 3725 (78502)
818 West Pecan Boulevard
McAllen, Texas 78501
(956) 682-5501
(956) 686-6109 – Facsimile
E-Mail: rleach@atlashall.com
*Attorney in Charge for Defendants*

**OF COUNSEL:**
ATLAS, HALL & RODRIGUEZ, LLC
P. O. Drawer 3725 (78502)
818 West Pecan Boulevard
McAllen, Texas 78501
(956) 682-5501
(956) 686-6109 – Facsimile

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record in this cause pursuant to the Federal Rules of Civil Procedure on this, the 30th day of April, 2019, to-wit:

Mr. Jerad Wayne Najvar
NAJVAR LAW FIRM
2180 North Loop West, Ste. 255
Houston, Texas 77018
(281) 404-4696 – Office
(281) 684-1227 – Cell
E-Mail: jerad@najvarlaw.com
*Attorney in Charge for Plaintiffs*

                                                    */s/ Rex N. Leach*
                                                  Rex N. Leach