UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

|  |  |  |
|---|---|---|
| GREGORIO TREVINO, JR., et al. *Plaintiffs*, | ) ) ) ) ) | |
| v. | ) ) | Civil Case No. 15-CV-435 |
| HIDALGO COUNTY, TEXAS, et al., *Defendants*. | ) ) ) ) | |

### **PLAINTIFFS' PROPOSED JURY INTERROGATORIES**

The Jury Must Unanimously Agree on the Answers to All of The Questions.

Do you find from a preponderance of the evidence:

1. That Rene Martinez Herrera's reassignment to the road patch crew was objectively worse compared to his previous duties working at Delta Lake Park?

    YES _____   NO _____

2. That Rene Martinez Herrera's First Amendment protected speech and association was a motivating factor in Defendants' decision to reassign him to the road patch crew?

    YES _____   NO _____

If you answered Yes to Question 1 and 2, answer Question 3.  If you answered "No" to questions 1 and 2, do not answer Question 3.

3. By a preponderance of the evidence, what sum of money, if any, would fairly and reasonably compensate Rene Martinez Herrera for his damages caused by Defendants' violations of law?

    Answer in dollars and cents, if any.

    a. Emotional pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

  Answer: _____

 b. Punitive damages

  Answer: _____

Do you find by a preponderance of the evidence:

4. That J.C. Cardenas's reassignment to the road patch crew was objectively worse compared to his previous duties?

    YES _____ NO _____

5. That J.C. Cardenas's First Amendment protected speech and association was a motivating factor in Defendants' decision to reassign him to the road patch crew?

    YES _____ NO _____

If you answered Yes to Question 4 and 5, answer Question 6. If you answered "No" to questions 4 and 5, do not answer Question 6.

6. By a preponderance of the evidence, what sum of money, if any, would fairly and reasonably compensate J.C. Cardenas for his damages caused by Defendants' violations of law?

 Answer in dollars and cents, if any.

 a. Emotional pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

  Answer: _____

 b. Punitive damages

  Answer: _____

Do you find by a preponderance of the evidence:

7. That Santiago Zavala's First Amendment protected speech and/or association was a motivating factor in Defendants' decision to terminate his employment?

    YES _____ NO _____

Joint PTO Exhibit I

If you answered "Yes" to question 7, answer question 8.  If you answered "No" to question 7, do not answer question 8.

8. By a preponderance of the evidence, what sum of money, if any, would fairly and reasonably compensate Santiago Zavala for his damages caused by Defendants' violations of law?

    Answer in dollars and cents, if any.

    a. Earnings, including benefits, that Santiago Zavala has lost in the past.

        Answer: _____

    b. Emotional pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

        Answer: _____

    c. Punitive damages

        Answer: _____

    d. Earnings, including benefits, that Plaintiff Santiago Zavala is reasonably certain to lose in the future.

        Answer: _____

    The foreperson should sign and date the Form of Verdict.

_____        _____
FOREPERSON                                                              DATE

Joint PTO Exhibit I