IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| GREGORIO TREVINO, JR., ET AL, | § | |
| *Plaintiffs,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 7:15-cv-00435 |
| | § | JURY REQUESTED |
| HIDALGO COUNTY, ET AL, | § | |
| *Defendants* | § | |

AGREED FINAL JUDGMENT

**1. Dismissed Claims**. The claims of the below-listed Plaintiffs against the below-listed Defendants were dismissed with prejudice by the Court on the dates listed below:

On December 14, 2017, the Court granted Defendant Oscar Garcia's Motion for Summary Judgment dismissing the claims of Plaintiffs Gregorio Trevino, Jr., J. C. Cardenas, George "Doc" Enriquez, Guadalupe "Lupe" Garcia, Rene Martinez, Lucas O'Brien Ruiz, Santiago Zavala and Pedro "Pete" Garcia, Jr. (Doc. #58).

On February 5, 2018, the Court granted Defendant Raul Lozano's Motion for Summary Judgment in part, dismissing the claims of Gregorio Trevino, Jr., Guadalupe "Lupe" Garcia, George "Doc" Enriquez, Rene Martinez and Lucas O'Brien Ruiz (Doc. #61).

On February 12, 2018, the Court granted Defendant Oscar Gonzales' Motion for Summary Judgment in part, dismissing the claims of J. C. Cardenas, George "Doc" Enriquez, Rene Martinez, and Lucas O'Brien Ruiz (Doc. #63).

On February 15, 2018, the Court granted Defendant David Rodriguez's Motion for Summary Judgment in part, dismissing the claims of George "Doc" Enriquez and Lucas O'Brien Ruiz (Doc. #64).

On March 13, 2018, the Court granted Defendant Esteban Mata's Motion for Summary Judgment in part, dismissing the claims of J.C. Cardenas, George "Doc" Enriquez and Lucas

O'Brien Ruiz (Doc. #65).

On October 25, 2018, the Court granted Defendants Hidalgo County 's and A. C. Cuellar, Jr.'s Motions for Summary Judgment in part, dismissing the claims of George "Doc" Enriquez and Lucas O'Brien Ruiz (Court's Minute Entry).

It is THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiffs listed below take nothing by their dismissed claims against each of the Defendants listed below:

- Plaintiffs Gregorio Trevino, Jr., J. C. Cardenas, George "Doc" Enriquez, Guadalupe "Lupe" Garcia, Rene Martinez, Lucas O'Brien Ruiz, Santiago Zavala and Pedro "Pete" Garcia, Jr. take nothing by their dismissed claims against Defendant Oscar Garcia.

- Plaintiffs Gregorio Trevino, Jr., Guadalupe "Lupe" Garcia, George "Doc" Enriquez, Rene Martinez and Lucas O'Brien Ruiz take nothing by their dismissed claims against Defendant Raul Lozano.

- Plaintiffs J .C. Cardenas, George "Doc" Enriquez, Rene Martinez, and Lucas O'Brien Ruiz take nothing by their dismissed claims against Defendant Oscar Gonzales.

- Plaintiffs George "Doc" Enriquez and Lucas O'Brien Ruiz take nothing by their dismissed claims against Defendant David Rodriguez.

- Plaintiffs J.C. Cardenas, George "Doc" Enriquez and Lucas O'Brien Ruiz take nothing by their dismissed claims against Defendant Esteban Mata.

- Plaintiffs George "Doc" Enriquez and Lucas O'Brien Ruiz take nothing by their dismissed claims against Defendants Hidalgo County and A. C. Cuellar, Jr.

**2. Settled Claims.**  On or about March 15, 2019, the remaining disputed claims of Gregorio Trevino, Jr. against Hidalgo County, A. C. Cuellar, Jr., Oscar Gonzales, David Rodriguez and Esteban Mata were resolved by a compromise agreement as the subject Defendants denied liability to Plaintiff Gregorio Trevino, Jr.

On or about March 15, 2019, the remaining disputed claims of Pedro Garcia, Jr. against Hidalgo County, A. C. Cuellar, Jr., Raul Lozano, Oscar Gonzales, David Rodriguez and Esteban Mata were resolved by a compromise agreement as the subject Defendants denied liability to Plaintiff Pedro Garcia, Jr.

On or about March 15, 2019, the remaining disputed claims of Guadalupe "Lupe" Garcia against Hidalgo County, A. C. Cuellar, Jr., Oscar Gonzales, David Rodriguez and Esteban Mata were resolved by a compromise agreement as the subject Defendants denied liability to Plaintiff Guadalupe "Lupe" Garcia.

It is FURTHER ORDERED, ADJUDGED AND DECREED that, in view of the aforementioned summary judgment orders and settlement agreements,  all claims by Plaintiffs Gregorio Trevino, Jr., Pedro Garcia, Jr., and Guadalupe "Lupe" Garcia, against Defendants Hidalgo County, A. C. Cuellar, Jr., Raul Lozano, Oscar Gonzales, David Rodriguez and Esteban Mata, are dismissed with prejudice.

**3. Accepted Rule 68 Offer of Judgment.**  On or about May 9, 2022, Plaintiff J. C. Cardenas filed a Notice of Acceptance of Rule 68 Offer of Judgment against Defendants Hidalgo County, A. C. Cuellar, Jr., Raul Lozano, and David Rodriguez in the amount of Seventy-Five Thousand Dollars ($75,000.00), inclusive of costs and attorney's fees.

THEREFORE, the Court enters judgment for Plaintiff J. C. Cardenas against Defendants Hidalgo County, A. C. Cuellar, Jr., Raul Lozano, and David Rodriguez in the amount of Seventy-Five Thousand Dollars ($75,000.00), inclusive of costs and attorney's fees.

On or about May 9, 2022, Plaintiff Rene Martinez filed a Notice of Acceptance of Rule 68 Offer of Judgment against Defendants Hidalgo County, A. C. Cuellar, Jr., David Rodriguez and Esteban Mata in the amount of Seventy-Five Thousand Dollars ($75,000.00), inclusive of costs and attorney's fees.

THEREFORE, the Court enters judgment for Plaintiff Rene Martinez against Defendants Hidalgo County, A. C. Cuellar, Jr., David Rodriguez and Esteban Mata in the amount of Seventy-Five Thousand Dollars ($75,000.00), inclusive of costs and attorney's fees.

On or about May 9, 2022, Plaintiff Santiago Zavala filed a Notice of Acceptance of Rule 68 Offer of Judgment against Defendants Hidalgo County, A. C. Cuellar, Jr., Raul Lozano, David

Rodriguez, Oscar Gonzales and Esteban Mata in the amount of Eighty-Five Thousand Dollars ($85,000.00), inclusive of costs and attorney's fees.

THEREFORE, the Court enters judgment for Plaintiff Santiago Zavala against Defendants Hidalgo County, A. C. Cuellar, Jr., Raul Lozano, David Rodriguez, Oscar Gonzales and Esteban Mata in the amount of Eighty-Five Thousand Dollars ($85,000.00), inclusive of costs and attorney's fees.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs Gregorio Trevino, Jr., J. C. Cardenas, George "Doc" Enriquez, Guadalupe "Lupe" Garcia, Rene Martinez, Lucas O'Brien Ruiz, Santiago Zavala and Pedro "Pete" Garcia, Jr. are DENIED any and all relief against Defendants Hidalgo County, A. C. Cuellar, Jr., Raul Lozano, David Rodriguez, Oscar Gonzales, Esteban Mata, and Oscar Garcia not expressly granted by this Final Judgment.

There are no additional claims for relief presented by Plaintiffs against any of the Defendants that remain in this case.

This Final Judgment disposes of all claims by and among the Plaintiffs and the Defendants.

The Court directs the Clerk to enter this Final Judgment.

SIGNED at McAllen, Texas this _____ day of _____, 2022.


_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE

4

APPROVED AS TO SUBSTANCE AND FORM:

Jerad Najvar
NAJVAR LAW FIRM, PLLC
2180 North Loop West, Ste. 255
Houston, TX 77018
COUNSEL OF RECORD FOR PLAINTIFFS

/s/ *Preston Henrichson*

Preston E. Henrichson
HENRICHSON LAW PLLC
222 West Cano
Edinburg, TX 78539
COUNSEL OF RECORD FOR DEFENDANTS

Respectfully submitted,

*/s/ Jerad Najvar*
Jerad Wayne Najvar
Tex. Bar No. 24068079
S.D. Tex. No. 1155651
jerad@najvarlaw.com
2180 North Loop West, Suite 255
Houston, TX 77018
281.404.4696 phone
281.582.4138 fax
*Attorney in Charge for Plaintiffs*

*Of counsel:*
NAJVAR LAW FIRM, PLLC
2180 North Loop West, Ste. 255
Houston, TX 77018

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2022, the foregoing document, and any exhibit(s) and proposed order, was served upon counsel of record by means of the court's CM/ECF system.

*/s/ Jerad Najvar*
Jerad Najvar