Case 7:15-cv-00435   Document 120   Filed on 09/07/22 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
September 07, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| GREGORIO TREVINO, JR., ET AL, | § | |
| *Plaintiffs,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 7:15-cv-00435 |
| | § | JURY REQUESTED |
| HIDALGO COUNTY, ET AL, | § | |
| *Defendants* | § | |

## AGREED FINAL JUDGMENT

Rule 68 Offer of Judgment.

1. On or about April 20, 2022, the remaining Defendants herein made Rule 68 Offers of Judgment to the remaining Plaintiffs herein, being A. C. Cuellar, Jr., Rene Martinez, and Santiago Zavala.

2. On or about May 9, 2022, Plaintiff J. C. Cardenas filed a Notice of Acceptance of Rule 68 Offer of Judgment against Defendants Hidalgo County, A. C. Cuellar, Jr., Raul Lozano, and David Rodriguez in the amount of Seventy-Five Thousand Dollars ($75,000.00), inclusive of costs and attorney's fees.

3. THEREFORE, the Court enters judgment for Plaintiff J. C. Cardenas against Defendants Hidalgo County, A. C. Cuellar, Jr., Raul Lozano, and David Rodriguez in the amount of Seventy-Five Thousand Dollars ($75,000.00), inclusive of costs and attorney's fees.

4. On or about May 9, 2022, Plaintiff Rene Martinez filed a Notice of Acceptance of Rule 68 Offer of Judgment against Defendants Hidalgo County, A. C. Cuellar, Jr., David Rodriguez and Esteban Mata in the amount of Seventy-Five Thousand Dollars ($75,000.00), inclusive of costs and attorney's fees.

5. THEREFORE, the Court enters judgment for Plaintiff Rene Martinez against

Defendants Hidalgo County, A. C. Cuellar, Jr., David Rodriguez and Esteban Mata in the amount of Seventy-Five Thousand Dollars ($75,000.00), inclusive of costs and attorney's fees.

6. On or about May 9, 2022, Plaintiff Santiago Zavala filed a Notice of Acceptance of Rule 68 Offer of Judgment against Defendants Hidalgo County, A. C. Cuellar, Jr., Raul Lozano, David Rodriguez, Oscar Gonzales and Esteban Mata in the amount of Eighty-Five Thousand Dollars ($85,000.00), inclusive of costs and attorney's fees.

7. THEREFORE, the Court enters judgment for Plaintiff Santiago Zavala against Defendants Hidalgo County, A. C. Cuellar, Jr., Raul Lozano, David Rodriguez, Oscar Gonzales and Esteban Mata in the amount of Eighty-Five Thousand Dollars ($85,000.00), inclusive of costs and attorney's fees.

8. There are no additional claims for relief presented by Plaintiffs against any of the Defendants that remain in this case.

9. Further, all other claims filed by any and all other Plaintiffs have been previously disposed of by the Court by dismissal, by summary judgment, or are hereby dismissed as having been previously settled (certain claims of Gregorio Trevino, Jr., Guadalupe "Lupe" Garcia and Pedro "Pete" Garcia, Jr.).

10. ACCORDINGLY, IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs Gregorio Trevino, Jr., J. C. Cardenas, George "Doc" Enriquez, Guadalupe "Lupe" Garcia, Rene Martinez, Lucas O'Brien Ruiz, Santiago Zavala and Pedro "Pete" Garcia, Jr. are DENIED any and all relief against Defendants Hidalgo County, A. C. Cuellar, Jr., Raul Lozano, David Rodriguez, Oscar Gonzales, Esteban Mata, and Oscar Garcia not expressly granted by this Final Judgment.

11. This Final Judgment disposes of all claims by and among the Plaintiffs and the

Defendants in this case.

Accordingly, the Court directs the Clerk to enter this Final Judgment.

SIGNED at McAllen, Texas this 7th day of September, 2022.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE

APPROVED AS TO SUBSTANCE AND FORM:

*/s/ Jerad Najvar by PH w/permission*

Jerad Najvar
NAJVAR LAW FIRM, PLLC
2180 North Loop West, Ste. 255
Houston, TX 77018
COUNSEL OF RECORD FOR PLAINTIFFS

*/s/ Preston Henrichson*

Preston E. Henrichson
HENRICHSON LAW PLLC
222 West Cano
Edinburg, TX 78539
COUNSEL OF RECORD FOR DEFENDANTS